IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BRADLEY J. SAULSBURY,
    Plaintiff,

vs.                               Case No.  3:11cv188/RV/CJK

ANWAR A. CHOWDHURY,
    Defendant.
_____

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 1, 2012. (Doc. 21). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of objections filed.

Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.      The defendant's motion to dismiss (doc. 16) is GRANTED.

3.      This case is DISMISSED WITHOUT PREJUDICE as moot.

3.      The clerk is directed to close the file.

DONE AND ORDERED this 6th day of July, 2012.

                              /s/ *Roger Vinson*
                              ROGER VINSON
                              SENIOR UNITED STATES DISTRICT JUDGE